**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.      1:20-CV-03824-SKC

LYNDA HERRERA TRAVIS,
Plaintiff,

v.

CITY OF SALIDA,
Defendant.

## STIPULATED MOTION FOR DISMISSAL

Plaintiff and the City of Salida, by and through their respective counsel, hereby stipulate and agree that all claims against any parties in this case should be dismissed, with prejudice, each side to be responsible for her or its respective attorney's fees and costs. An order confirming dismissal, with prejudice, is being submitted contemporaneously herewith.

Respectfully submitted this 10th day of February, 2021.

| | |
|---|---|
| *s/ Jason B. Wesoky* | *s/Marni Nathan Kloster* |
| Jason B. Wesoky | Marni Nathan Kloster |
| D. J. Marcus | Nicholas C. Poppe |
| DARLING MILLIGAN PC | NATHAN DUMM & MAYER P.C. |
| 1331 17th Street, Suite 800 | 7900 E. Union Avenue, Suite 600 |
| Denver, CO 80202 | Denver, CO 80237-2776 |
| Phone: (303) 623-9133 | Phone Number: (303) 691-3737 |
| *Attorneys for Plaintiff* | Fax: (303) 757-5106 |
| | *Attorneys for Defendant* |

-2-

## CERTIFICATE OF SERVICE

     I hereby certify that on this 10th day of February, 2021, I electronically filed the foregoing **STIPULATED MOTION FOR DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Jason B. Wesoky, Reg. No. 34241
D. J. Marcus, Reg. No. 41189
Darling Milligan PC
1331 17th Street, Suite 800
Denver, CO 80202
Phone: (303) 623-9133
jwesoky@darlingmilligan.com
dmarcus@darlingmilligan.com

                                            *s/Marin Nathan Kloster*
                                            Nicholas C. Poppe
                                            Marni Nathan Kloster
                                            Attorney for Defendants
                                            NATHAN DUMM & MAYER P.C.
                                            7900 E. Union Avenue, Suite 600
                                            Denver, CO  80237-2776
                                            Phone Number:  (303) 691-3737
                                            Facsimile:  (303) 757-5106
                                            NPoppe@ndm-law.com
                                            MNathan@ndm-law.com